IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAFAEL BLANCAS-GOMEZ,

    Petitioner,

v.                                                  No. CV 10-468 BB/CG

ALFREDO CAMPOS, et al.,

    Respondents.

## ORDER STAYING CASE

This matter is before the Court upon the parties' *Joint Status Report* ('JSR') of November 30, 2010. (Doc. 15). In their JSR, the parties request that the Court stay all proceedings in this case for 90 days so that Mr. Blancas-Gomez may continue to pursue his appeal before the Board of Immigration Appeals ('BIA'). (*Id.* at 1-2). Both parties believe that a decision of the BIA may afford Mr. Blancas-Gomez the relief that he has requested in this current case. Therefore, the Court, being fully advised in this matter, finds the parties' request for a 90 day stay to be well taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in this case are stayed for 90 days. At the conclusion of the appeals process before the BIA, the parties are directed to either filed a joint status report with the Court or to submit an agreed entry of dismissal to United States District Judge Black.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE