IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAFAEL BLANCAS-GOMEZ,

    Petitioner,

v.                                                    No. CV 10-468 BB/CG

ALFREDO CAMPOS, et al.,

    Respondents.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** comes before the Court, *sua sponte*, to direct the parties to file a status report advising the Court of the posture of Mr. Blancas-Gomez' Petition. The parties have twice requested that the Court stay these proceedings while Mr. Blancas-Gomez appeals his order of removal to the Board of Immigration Appeals ("BIA"). (Doc. 10 at 2-3; Doc. 15 at 2). The parties agree that a decision by the BIA could resolve the issues raised in Mr. Blancas-Gomez' Petition. (Doc. 10 at 2-3; Doc. 15 at 2). In the parties' most recent joint status report, they stated that Mr. Blancas-Gomez had a hearing scheduled before the BIA for February 4, 2011. (Doc. 15 at 2). The parties requested a ninety day stay to allow the BIA to consider Mr. Blancas-Gomez' appeal. (*Id.*). The ninety days has elapsed and the parties have not filed any further notices with the Court.

**IT IS THEREFORE ORDERED** that the parties are directed to either file a joint status report with the Court detailing the posture of Mr. Blancas-Gomez' Petition or to submit an agreed upon entry of dismissal to United States District Judge Bruce Black. The

parties shall have fourteen days to file the joint status report.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE